UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AS SUBROGEE OF PATIENT FIRST OF PENNSYLVANIA, INC., Plaintiff, v. ACE AMERICAN INSURANCE COMPANY Defendant | Civil Action No. 2:20-372 |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by and between the parties that the above action is hereby dismissed with prejudice. The parties hereto will each separately bear their respective costs and attorney's fees.

WILLIAM J. FERREN & ASSOCIATES

Leticia J. Santiago, Esquire
1500 Market Street
West Tower, Suite 2920
Philadelphia, PA 19102
Attorney for Plaintiff

CONNOR, WEBER & OBERLIES

Margaret E. Wenke, Esquire
Edward M. Napierkowski, Esquire
171 West Lancaster Avenue
Suite 100
Paoli, PA 19301
Attorneys for Defendant,
ACE American Insurance Company

SO ORDERED:

/s/ Juan R. Sánchez
                J.

Dated: December 4, 2020